# NO. 12-15-00216-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| *IN RE: THOMAS LYTLE AND ELLEN LYTLE,* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* |  |  |
|  | § |  |

## *MEMORANDUM OPINION*
## *PER CURIAM*

On December 16, 2015, this Court delivered an opinion conditionally granting the petition for writ of mandamus filed by Thomas Lytle and Ellen Lytle. That opinion and its corresponding order directed Respondent to vacate her order signed on August 1, 2015, staying all proceedings in the trial court. Respondent has complied with our opinion and order of December 16, 2015.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed*** as ***moot.***

Opinion delivered December 30, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 30, 2015**

**NO. 12-15-00216-CV**

**IN RE: THOMAS LYTLE AND ELLEN LYTLE,**
Relators
V.

**HON. TERESA DRUM,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Thomas Lytle and Ellen Lytle who are the relators in Cause No. 14-00172, pending on the docket of the 294th District Court Judicial District Court of Van Zandt, Texas. Said petition for writ of mandamus having been filed herein on September 3, 2015, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*